UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FERNANDO LEDESMA GONZALEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>DREW BOSTOCK, *et al.*,<br><br>                    Respondents. | CASE NO. 2:25-cv-01404-JNW-GJL<br><br>ORDER GRANTING MOTION TO APPOINT ADDITIONAL COUNSEL |

      This 28 U.S.C. § 2241 federal habeas action has been transferred to this Court from the United States District Court for the District of Oregon and is referred to United States Magistrate Judge Grady J. Leupold. Dkt. 21. Presently before the Court is Petitioner's Motion to Appoint Additional Counsel. Dkt. 25.

      Petitioner is currently represented by Assistant Federal Public Defenders ("AFPD") Kurt David Hermansen and Kara Anne Sagi of the Federal Public Defenders Office for the District of Oregon. *See docket.* In the instant Motion, Petitioner seeks appointment of the Federal Public Defender for the Western District of Washington—specifically, AFPD Gregory Murphy—as additional counsel in this case. Dkt. 25. Petitioner's request is made pursuant to 18 U.S.C. §

1  3006A, which permits the appointment of counsel for financially eligible habeas petitioners
2  when "the interests of justice so require." *See* 18 U.S.C. §§ 3006A(a)(2)(B), (b), and (c).
3      The Court concludes that appointment of additional counsel within this District is in the
4  interest of justice. As such, Petitioner's Motion to Appoint Additional Counsel (Dkt. 25) is
5  **GRANTED** and AFPD Gregory Murphy is hereby **APPOINTED** as counsel for Petitioner in
6  accordance with 18 U.S.C. § 3006A(c). The Clerk of Court is **DIRECTED** to send copies of this
7  Order to Petitioner, to all counsel in this action, and to the Honorable Jamal N. Whitehead.

9      Dated this 7th day of August, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO APPOINT
ADDITIONAL COUNSEL - 2