UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FERNANDO LEDESMA GONZALEZ,<br><br>                  Petitioner,<br>    v.<br><br>DREW BOSTOCK, *et al.*,<br><br>                  Respondents. | CASE NO. 2:25-cv-01404-JNW-GJL<br><br>ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEFS |

      This 28 U.S.C. § 2241 federal habeas action has been referred to United States Magistrate Judge Grady J. Leupold.[1] Dkt. 21. This matter is before the Court on Petitioner Fernando Ledesma Gonzalez's Motion for Leave to file Overlength Response. Dkt. 34.

      Under this Court's Local Rules, Petitioner's response "shall not exceed 4,200 words" and Respondents' reply "shall not exceed 2,100 words." W.D. Wash. Local Civil Rules, LCR 7(d)(3). Given the complexity of the legal issues involved, Petitioner requests leave to file a response not exceeding 8,000 words. Dkt. 34.

---

[1] On September 22. 2025, Petitioner filed a Motion for a Temporary Restraining Order ("TRO"). Dkt. 37. In accordance with the Court's internal procedures, the TRO Motion was unreferred and is pending for direct consideration by United States District Judge Jamal N. Whitehead. With exception of the TRO Motion, however, the referral of this action to the undersigned remains active.

ORDER GRANTING LEAVE TO FILE
OVERLENGTH BRIEFS - 1

For good cause shown, Petitioner's Motion (Dkt. 34) is **GRANTED**. Petitioner **MAY FILE** a response of **up to 8,000 words,** and Respondents **MAY FILE** a reply of **up to 4,000 words**.

Dated this 24th day of September, 2025.

Grady J. Leupold
United States Magistrate Judge